IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL WRIGHT, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Crim. A. No. 99-34-JJF <br> Civ. A. No. 05-114-JJF |

### O R D E R

At Wilmington this 2 day of March, 2005, IT IS HEREBY ORDERED that, on or before APRIL 15, 2005, the Government shall respond to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. (D.I. 43.) Petitioner did not file the AEDPA election form regarding the Court construing his "Motion for Correction of the Term of Supervised Release Pursuant to Rule [60](b)" as a motion asserted pursuant to 28 U.S.C. § 2255. (D.I. 44.) Consequently, the Court will rule on the pending motion as a § 2255 Motion.

The clerk shall send a copy of Petitioner's § 2255 Motion, (D.I. 43.), the Court's Order dated December 3, 2004, (D.I. 44), and this Order upon the United States Attorney for the District of Delaware. See Rule 3(b) and 4(b), Rules Governing Section 2255 Motions, 28 U.S.C. foll. § 2255. The clerk shall also send a copy of

this Order to Petitioner.

                                        _____
                                        United States District Judge

this Order to Petitioner.