IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 99-34-JJF |
| | : | Civil Action No. 05-114-JJF |
| MICHAEL WRIGHT, | : | |
| Defendant. | : | |

O R D E R

At Wilmington, this 17 day of May 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Correction Of The Term Of Supervised Release Pursuant To Rule [60](b) (D.I. 43), recharacterized as a Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence By A Person In Federal Custody, is **DISMISSED** as untimely, and the relief requested therein is **DENIED**.

2. Because the Court finds that Defendant has not made "a substantial showing of the denial of a constitutional right" under 28 U.S.C. § 2253(c)(2), a certificate of appealability is **DENIED**.

*[signature]*
UNITED STATES DISTRICT JUDGE